LEE v. LAKE.

---

### Frederick J. Lee v. William Lake.

*Case made showing evidence not all embraced.* — Where, in a case made after judgment, it is apparent on its face that some evidence was given on the trial below, which is not embraced in the record, the Court will not hear the case on such record, but will remand it for correction.

*Heard and decided May 2.*